UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:

**JOHNNIE M. SMITH,**                Case No. 17-55302-tjt
                                       Chapter 7
       Debtor.                     Judge Thomas J. Tucker

## ORDER AUTHORIZING TRUSTEE
## TO ENTER INTO COMPROMISE

This case is before the Court upon the Trustee's Motion for Authority to Compromise (Docket # 28, the "Motion"), Notice of the Trustee's Motion having been served on all creditors and parties in interest listed on the court's mailing matrix, no objections nor requests for hearing having been filed, and the Court being otherwise duly advised in this matter,

**IT IS ORDERED** that the Motion is granted, and the proposed compromise, which includes the terms of the stipulated order filed on January 22, 2018 (Docket # 29), is approved.

**Signed on February 16, 2018**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge