UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:                      In Bankruptcy:

**JOHNNIE M. SMITH,**            Case No. 17-55302-tjt
                                        Chapter 7
        Debtor(s)                    Hon. Thomas J. Tucker

---

**FIRST APPLICATION FOR ORDER APPROVING INTERIM
FEES AND EXPENSES FOR THE ATTORNEYS FOR THE TRUSTEE**

Clayson Schneider & Miller, P.C., attorneys for Timothy J. Miller, Chapter 7 Trustee ("Trustee"), respectfully submits the following as its first interim application for compensation:

1. **Fees and Expenses Requested**

    a. Compensation is requested in the amount of $2,300.00. The balance of the request will be paid as funds are received by the Trustee, but at no point in excess of 50% of total receipts (including the Trustee's compensation under 11. U.S.C. § 326). Actual services billed amount to $2,592.00, but this request is voluntarily reduced. Application does not waive right to file future fee applications.

    b. Expense reimbursement is requested in the amount of $31.28.

    c. Applicant holds no retainer.

2. **Period in Which Services were Performed:** Services were rendered for the period of December 19, 2017-September 11, 2018.

3. **Summary of Services:**

    Applicant reviewed Debtor's bankruptcy schedules, Trustee's correspondence, Trustee's notes, the docket, public records, and those documents provided by the Debtor and filed by creditors and other parties in interest to gather appropriate information concerning the case. Specifically, Applicant reviewed and analyzed the Trustee's rights with respect to Debtor's non-exempt equity in Debtor's real property, as well as non-exempt personal property.

    Applicant requested pertinent documents from Debtor and employed Frank McVeigh as Real Estate Agent and Consultant to evaluate and potentially list for sale Debtor's real property located at 4315 Woodstream Drive. Upon receiving an independent analysis of the value of property from Frank McVeigh, Applicant analyzed Debtor's exemptions and informed Debtor that unless he could make payment to Trustee for the estates interest in the non-exempt equity in the property, Applicant would list and seek approval for sale of the same. In lieu of a sale, Debtor sought resolution of the estate's interest via compromise. Applicant negotiated the terms of the

compromise with Debtor's attorney, applied to the Court for approval of the settlement, and monitored the case to ensure the Debtor complied with the settlement agreement. Applicant also coordinated with and stipulated with Debtor's attorney for turnover of the Debtor's interest in non-exempt person property, Debtor's prorated 2017 income tax refunds.

Application's efforts lead to a future total recovery of $7,629.16 without the associated fees and costs of filing and prosecuting any adversary proceedings, sale motions, turnover motions, or any other burdensome litigation.

4. **Adversary Proceedings:** No adversary proceedings were filed.

5. **Current Status of Bankruptcy Case:** Upon completion of Debtor's payments made pursuant to the terms of the compromise order, this case will be ready to close. Debtor has made all payments timely thus far and is on track to complete his payments by February 2020. Until then, Applicant will continue to monitor the case and, if necessary, ensure compliance with the compromise order. Funds on hand total $3,979.50 and, other than potential banking fees and the non-filing spouse's portion of the 2017 federal income tax return intercepted by Trustee, no funds have been disbursed. Total receipts are expected to slightly exceed $7,600.

6. **Nature of Professional Services Expected to be Provided in Future**: Future legal work should not be necessary.

7. **Amount and Nature of Accrued Administrative Expenses:** Other than Trustee's compensation approximated to be $1,500, realtor consulting fees to be requested in the amount of $150, and the fees and expenses requested in this application, there are no administrative expenses outstanding.

8. **Services Performed by More than One Attorney**: David P. Miller performed all services in this matter except for 1 hour performed by Law Clerk, Brittany Byrnes. There were no instances where the attorneys provided duplicate or overlapping services.

9. **Fees Requested in Prior Applications**: Applicant filed no prior applications for compensation.

10. **Review**: The Trustee, having employed the Applicant, has reviewed this application and approves of the same.

WHEREFORE, Clayson, Schneider & Miller, P.C. prays for approval of first and final fees in the amount of $2,300.00 and expense reimbursement in the amount of $31.28.

Respectfully submitted,

**CLAYSON, SCHNEIDER & MILLER P.C.**

Dated: September 12, 2018

<u>*/s/ David P. Miller, attorney*</u>
David P. Miller (P79911)
Attorneys for Trustee
645 Griswold St., Suite 3900
Detroit, MI 48226
(313) 237-0850
david@detlegal.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the Matter of:            In Bankruptcy:

**JOHNNIE M. SMITH,**        Case No. 17-55302-tjt
                                            Chapter 7
      Debtor(s)              Hon. Thomas J. Tucker

---

## **EXHIBIT LIST**

| Ex. No. | Description |
|---|---|
| 1. | Proposed Order. |
| 2. | Order Authorizing Employment. |
| 3. | Retainer Agreement (N/A). |
| 4. | Summary of Attorney Fees. |
| 5. | Itemized List of Attorney Fees. |
| 6. | Biographies of Attorneys. |
| 7. | Itemized List of Expenses (See Exhibit 5). |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:	In Bankruptcy:

**JOHNNIE M. SMITH,**	Case No. 17-55302-tjt
	Chapter 7
	Debtor(s)	Hon. Thomas J. Tucker

---

## NOTICE OF APPLICATION

Clayson, Schneider & Miller, P.C. have filed papers with the Court seeking an order authorizing payment from the estate of compensation for attorney fees for services rendered and expenses in connection with this case as attorneys for Trustee, Timothy J. Miller. Compensation is requested in the amount of $2,300.00, to the extent the fees paid, when combined with Trustee's expected compensation under 11 U.S.C. § 326, do not exceed 50% of the estate's total receipts. Expense reimbursement is requested in the amount of $31.28.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in the application, motion or objection, or if you want the court to consider your views on the same, within **twenty-one (21)** days of the date of this notice, you or your attorney must:

1. File with the court a written response or an answer, explaining your position at:[1]
   **United States Bankruptcy Court
   211 West Fort Street, Suite 2100
   Detroit, Michigan 48226**

---

[1] Response or answer must comply with F. R. Civ. P. 8(b), (c) and (e)

If you mail your response to the court for the filing, you must mail it early enough so the court will **receive** it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also send a copy to:

|  |  |
|---|---|
| David P. Miller | Office of the U.S. Trustee |
| 645 Griswold, Suite 3900 | 211 W. Fort Street, Suite 700 |
| Detroit, Michigan 48226 | Detroit, MI 48226 |

2. If a response or answer is timely filed and served, the clerk will schedule a hearing and you will be served with a notice of the date, time and location of the hearing.

**If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion, application or objection and may enter an order granting that relief.**

                                              **CLAYSON, SCHNEIDER & MILLER, P.C.**

Dated: September 12, 2018          */s/ David P. Miller, attorney*
                                                    David P. Miller (P79911)
                                                    645 Griswold, Suite 3900
                                                    Detroit, MI 48226
                                                    (313) 237-0850
                                                    david@detlegal.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In the Matter of:                    In Bankruptcy:

**JOHNNIE M. SMITH,**           Case No. 17-55302-tjt
                                           Chapter 7
         Debtor(s)                Hon. Thomas J. Tucker

## CERTIFICATE OF SERVICE

I hereby certify that on <u>September 12, 2018</u>, I (or an employee of Clayson, Schneider & Miller, P.C.), served the following paper(s):

| |
|---|
| First Application for Order Approving Interim Fee and Expenses for the Attorneys for the Trustee, Proposed Order, Exhibit List, Notice of Application, and Certificate of Service |

on the <u>following parties</u> located at these addresses:

| United States Trustee<br>211 West Fort Street<br>Suite 700<br>Detroit, MI 48226 | Debtor<br>Johnnie M. Smith<br>4315 Woodstream Drive<br>Ypsilanti, MI 48197 | Debtor's Attorney<br>Thomas Paluchniak<br>700 Towner Street<br>Ypsilanti, MI 48198 |
|---|---|---|
| ALL PARTIES ON MAILING MATRIX (Notice of Application only) | | |

by: (1) filing the paper(s) with the Clerk of the Court using the Electronic Case Files system which will send <u>electronic notification</u> of such filing to any parties that requested electronic service of documents filed in this case, and (2) via First

Class Mail, with sufficient prepaid postage attached thereupon. The First Class Mail service was completed using www.certificateofservice.com, and a supplemental certificate of service will be filed pertaining to the same.

                                        Respectfully submitted,

                                        **CLAYSON, SCHNEIDER & MILLER, P.C.**

Dated: September 12, 2018            */s/ David P. Miller, attorney*
                                                        David P. Miller (P79911)
                                                          645 Griswold, Suite 3900
                                                          Detroit, MI 48226
                                                          (313) 237-0850
                                                          david@detlegal.com