UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: JOHNNIE M SMITH | CASE NO: 17-55302-tjt<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 42, p. 7-8<br>Judge: Thomas J. Tucker |

On 9/12/2018, I did cause a copy of the following documents, described below,

Notice of Clayson, Schneider & Miller, P.C.'s First Application For Order Approving Interim Fees and Expenses for the Attorneys for the Trustee ECF Docket Reference No. 42, p. 7-8

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/12/2018

/s/ David P. Miller
David P. Miller  P79911
Clayson, Schneider & Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI  48226
313 237 0850

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: JOHNNIE M SMITH | CASE NO: 17-55302-tjt |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 7 |
| | ECF Docket Reference No. 42, p. 7-8 |
| | Judge: Thomas J. Tucker |

On 9/12/2018, a copy of the following documents, described below,

Notice of Clayson, Schneider & Miller, P.C.'s First Application For Order Approving Interim Fees and Expenses for the Attorneys for the Trustee ECF Docket Reference No. 42, p. 7-8

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/12/2018

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David P. Miller
Clayson, Schneider & Miller, P.C.
645 Griswold, Suite 3900
Detroit, MI  48226

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
LABEL MATRIX FOR LOCAL NOTICING
06452
CASE 17-55302-TJT
EASTERN DISTRICT OF MICHIGAN
DETROIT
WED SEP 12 12-51-46 EDT 2018

ELAN FINANCIAL
PO BOX 790091
SAINT LOUIS MO 63179

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

FORD MOTOR CREDIT
PO BOX 105704
ATLANTA GA 30348-5704

FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FORD MOTOR CREDIT COMPANY LLC
CO SZUBA ASSOCIATES PLLC
40600 ANN ARBOR RD STE 100
PLYMOUTH MI 48170-4675

FRD MOTOR CR
PO BOX BOX 542000
OMAHA NE 68154-8000

MICHAEL P HOGAN
23938 RESEARCH DRIVE
STE 300
FARMINGTON HILLS MI 48335-2605

KEYBANK NA
4910 TIEDMAN ROAD
BROOKLYN OH 44144-2338

KEYBANK NA
PO BOX 94518
CLEVELAND OH 44101-4518

RICHARDO I KILPATRICK
903 N OPDYKE RD
SUITE C
AUBURN HILLS MI 48326-2693

EXCLUDE
DAVID P MILLER
CLAYSON SCHNEIDER MILLER PC
645 GRISWOLD
SUITE 3900
DETROIT MI 48226-4251

EXCLUDE
DAVID P MILLER
CLAYSON SCHNEIDER MILLER PC
645 GRISWOLD SUITE 3900
DETROIT MI 48226-4251

EXCLUDE
TIMOTHY J MILLER
64541 VAN DYKE
SUITE 101
WASHINGTON MI 48095-2570

NATIONSTARMR COOPER
350 HIGHLAND
HOUSTON TX 77009-6623

NORTHLAND GROUP
PO BOX 390905
MINNEAPOLIS MN 55439-0905

THOMAS PALUCHNIAK
700 TOWNER STREET
YPSILANTI MI 48198-5724

NOEL J RAVENSCROFT
903 NORTH OPDYKE ROAD
SUITE C
AUBURN HILLS MI 48326-2693

DEBTOR
JOHNNIE M SMITH
4315 WOODSTREAM DRIVE
YPSILANTI MI 48197-6039